IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELESY EASTEP, as surviving Spouse and next of kin of LANDON DWAYNE EASTEP, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:22-cv-00721 |
| v. | ) ) | Chief Judge Crenshaw |
| CITY OF NASHVILLE, TENNESSEE; | ) ) ) | Magistrate Judge Newbern |
| BRIAN MURPHY, STEVEN CARRICK, EDIN PLANCIC, SEAN WILLIAMS, JUSTIN PINKELTON, and JAMES KIDD, in their individual capacities as officers of the Metropolitan Nashville Police Department; | ) ) ) ) ) ) ) ) | JURY DEMAND |
| CITY OF MT. JULIET, TENNESSEE; | ) ) | |
| FABJAN LLUKAJ, in his individual capacity as an officer of the Mt. Juliet Police Department; | ) ) ) ) ) | |
| and | ) ) | |
| REGGIE EDGE, JR., AND CHARLES ACHINGER, in their individual capacities as officers of the Tennessee Highway Patrol, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO STAY**

The Metropolitan Government of Nashville and Davidson County requests that this Court issue a stay pending the resolution of the Metropolitan Nashville Police Department's ("MNPD") internal investigation conducted by the Office of Professional Accountability ("OPA") and its Use of Force Review Board into the incident that underlies this action (collectively, the "MNPD internal processes"). The Metropolitan Government anticipates that

these internal reviews will be completed by early 2023, though that is dependent on both (1) receiving formal notification from the Tennessee Bureau of Investigation ("TBI") about their investigation and (2) the scheduling of the Use of Force Review Board. Concluding these reviews is necessary for the Department of Law to determine if it can represent the individual Defendants.

Mt. Juliet does not oppose the stay. Plaintiff has indicated that she does not oppose extending the time to respond to the complaint for the Metropolitan Defendants until after this motion is decided. But the Plaintiff has not indicated that she consents to the stay.

As described more fully in the accompanying memorandum of law, granting the requested stay will allow the Metropolitan Government to address any representation issues and will not unduly prejudice Plaintiff. Accordingly, the Metropolitan Government requests an indefinite stay with status report filings every 60 days on the progress of the MNPD internal processes.

        Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#09949)
DIRECTOR OF LAW

/s/ *Melissa Roberge*
MELISSA ROBERGE (#26230)
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system to:

| | |
|---|---|
| David J. McKenzie<br>Law Office of David Mckenzie<br>205 West Commerce Street<br>Lewisburg, TN 37091 | Bob Burns<br>Howell & Fisher, PLLC<br>3310 West End Avenue, Suite 550<br>Nashville, TN 37203 |
| Barbara G. Medley<br>Medley & Spivy<br>111 West Commerce Street, Suite 201<br>Lewisburg, TN 37091 | |

on this 18th day of October 2022.

*/s/ Melissa Roberge*
Melissa Roberge