UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELESY EASTEP,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NASHVILLE, TENNESSEE, et al.,<br><br>Defendants. | Case No. 3:22-cv-00721<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**ORDER**

Defendant Metropolitan Government of Nashville, Tennessee (Metro), filed a motion to dismiss on February 15, 2023 (Doc. No. 39). Thereafter, Plaintiff Chelesy Eastep filed an amended complaint (Doc. No. 46). Metro has now filed a motion to dismiss that addresses the amended pleading (Doc. No. 61). Metro's initial motion to dismiss (Doc. No. 39) is therefore TERMINATED AS MOOT.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge