ORDER:
The motion is **GRANTED**.

*[signature]* Alistair E. Newbern
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHELESY EASTEP, as surviving spouse and next of kin of LANDON DWAYNE EASTEP,** ) ) ) ) | |
| Plaintiff, ) | No. 3:22-cv-00721 |
| ) | |
| v. ) ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Newbern |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** *et al.***,** ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

### JOINT MOTION FOR AGREED PROTECTIVE ORDER

The Parties respectfully request the Court to enter an agreed protective order to protect from disclosure any confidential information contained in the raw, unredacted body-worn and in-car camera footage depicting Defendants' interactions with Landon Eastep on January 27, 2022, to be provided by Defendants to Plaintiff for purposes of this litigation. A proposed agreed protective order is attached to this motion.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Michael R. Dohn*
MELISSA ROBERGE (#26230)
   SENIOR COUNSEL
MICHAEL R. DOHN (#37535)
   ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov
*Counsel for the Metropolitan Government of Nashville and Davidson County, Steven Carrick, Sean Williams, Brian Murphy, Edin Plancic, Justin Pinkelton, & James Kidd*


JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Meghan Murphy*
with permission Michael R. Dohn (#37535)
MEGHAN MURPHY (#34061)
AMANDA JORDAN (#29243)
Senior Assistant Attorneys General
Civil Law Division
P.O. Box 20207
Nashville, TN 37202
meghan.murphy@ag.tn.gov
amanda.jordan@ag.tn.gov
*Counsel for Reggie Edge & Charles Achinger*

*/s/ Samantha A. Burnett*
with permission Michael R. Dohn (#37535)
ROBERT M. BURNS (#15383)
SAMANTHA A. BURNETT (#37250)
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
sburnett@howell-fisher.com
*Counsel for the City of Mt. Juliet & Fabjan Llukaj*

*/s/ David J. McKenzie*
with permission Michael R. Dohn (#37535)
DAVID J. MCKENZIE (#25563)
Law Offices of David J. McKenzie
205 West Commerce Street
Lewisburg, TN 37091
david@davidmckenzielaw.com
*Counsel for Plaintiff*

*/s/ Barbara G. Medley*
with permission Michael R. Dohn (#37535)
BARBARA G. MEDLEY (#14103)
Medley & Spivy
111 West Commerce Street, Suite 201
Lewisburg, TN 37091
bmedley@medleyandspivy.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system to:

David J. McKenzie
Law Offices of David J. McKenzie
205 West Commerce Street
Lewisburg, TN 37091

Bob M. Burns
Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203

Barbara G. Medley
Medley & Spivy
111 West Commerce Street, Suite 201
Lewisburg, TN 37091

Meghan Murphy
Amanda Shanan Jordan
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207

on this 17th day of April 2023.

*/s/ Michael R. Dohn*
Michael R. Dohn