UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSEY EASTEP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:22-cv-00721 |
| | ) |
| BRIAN MURPHY, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

A telephone status conference will be held on **September 15, 2023,** at 11:00 am. on Defendants' Motion to Stay (Doc. No. 65).

The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE