IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CHELESY EASTEP, as surviving Spouse and next of kin of LANDON DWAYNE EASTEP,** | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:22-cv-00721 |
| v. | ) ) | **Chief Judge Crenshaw** |
| **CITY OF NASHVILLE, TENNESSEE;** | ) ) ) | **Magistrate Judge Newbern** |
| **BRIAN MURPHY, STEVEN CARRICK, EDIN PLANCIC, SEAN WILLIAMS, JUSTIN PINKELTON, and JAMES KIDD, in their individual capacities as officers of the Metropolitan Nashville Police Department;** | ) ) ) ) ) ) ) ) | **JURY DEMAND** |
| **CITY OF MT. JULIET, TENNESSEE;** | ) ) | |
| **FABJAN LLUKAJ, in his individual capacity as an officer of the Mt. Juliet Police Department;** | ) ) ) ) | |
| and | ) ) | |
| **REGGIE EDGE, JR., AND CHARLES ACHINGER, in their individual capacities as officers of the Tennessee Highway Patrol,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO STAY

Defendants—Brian Murphy, Steven Carrick, Edin Plancic, Sean Williams, Justin Pinkelton, James Kidd, Reggie Edge, Charles Achinger, Fabjan Llukaj, the City of Mt. Juliet and the Metropolitan Government of Nashville and Davidson County move to stay discovery in this matter until the pending qualified immunity issues are fully and finally resolved. Plaintiff opposes this motion.