UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSEY EASTEP, as surviving spouse and next of kin of LANDON DWAYNE EASTEP, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 3:22-cv-00721 ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, et al., | ) ) ) ) |
| Defendants. | ) ) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion:

- Metropolitan Nashville Police Department Officers' Motion to Dismiss (Doc. No. 103) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as it relates to Plaintiff's Failure to Protect claim (Count II). The Motion is otherwise **DENIED**.

- Tennessee Highway Patrol Officers' Motion to Dismiss (Doc. No. 107) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as it relates to Plaintiff's Failure to Protect claim (Count II). The Motion is otherwise **DENIED**.

- Fabjan Llukaj's Motion to Dismiss (Doc. No. 111) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as it related to Plaintiff's Failure to Protect claim (Count II). The Motion is otherwise **DENIED**.

- Metropolitan Government of Nashville and Davidson County's Motion to Dismiss (Doc. No. 105) is **GRANTED**.

- The City of Mt. Juliet's Motion to Dismiss (Doc. No. 109) is **GRANTED**.

- By no later than **April 5, 2024**, Plaintiff shall affirm that service has been perfected as to all Defendants.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE