UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSEY EASTEP, as surviving spouse and next of kin of LANDON DWAYNE EASTEP,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:22-cv-00721<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On March 29, 2024, the Court issued a Memorandum Opinion (Doc. No. 149) which misidentified Defendant City of Mt. Juliet's Motion to Dismiss (Doc. No. 109) as Docket Number 107 in two instances. Pursuant to Federal Rule of Civil Procedure 36, the Court's Memorandum Opinion (Doc. No. 149) is hereby **STRICKEN** and replaced by the accompanying amended memorandum opinion. The related Order (Doc. No. 150) shall remain unchanged.

IT IS SO ORDERED.

 

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE