IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHELESY EASTEP**, as surviving spouse and next of kin of **LANDON DWAYNE EASTEP**, | ) ) ) ) |
| Plaintiff, | ) No. 3:22-cv-00721 |
| v. | ) ) Chief Judge Crenshaw ) Magistrate Judge Newbern |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** *et al.*, | ) ) JURY DEMAND ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Brian Murphy, Steven Carrick, Edin Plancic, Sean Williams, Justin Pinkelton, and James Kidd (the "Metro Officers") appeal to the United States Court of Appeals for the Sixth Circuit from the district court's Order entered on March 29, 2024 (Doc. No. 150), denying the Metro Officers' motion to dismiss asserting the qualified immunity defense. The Metro Officers take this appeal pursuant to *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985), and leave of court under 28 U.S.C. 1292(b) is not required.

{N0603823.1}

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#09949)
DIRECTOR OF LAW

*/s/ Melissa Roberge*
MELISSA ROBERGE (#26230)
   SENIOR COUNSEL
MICHAEL R. DOHN (#37535)
   ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov
*Counsel for Steven Carrick, Sean Williams, Brian Murphy, Edin Plancic, Justin Pinkelton, & James Kidd*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system to:

David J. McKenzie
Law Offices of David J. McKenzie
205 West Commerce Street
Lewisburg, TN 37091

Bob M. Burns
Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203

Barbara G. Medley
Medley & Spivy
111 West Commerce Street, Suite 201
Lewisburg, TN 37091

Meghan Murphy
Amanda Shanan Jordan
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

on April 4, 2024.

*/s/ Melissa Roberge*
Melissa Roberge