IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELESY EASTEP, as surviving spouse and next of kin of LANDON DWAYNE EASTEP, <br><br> *Plaintiff*, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; <br><br> BRIAN MURPHY, STEVEN CARRICK, EDIN PLANCIC, SEAN WILLIAMS, JUSTIN PINKELTON, and JAMES KIDD, in their individual capacities as officers of the Metropolitan Nashville Police Department; <br><br> CITY OF MT. JULIET, TENNESSEE; <br><br> FABJAN LLUKAJ, in his individual capacity as an officer of the Mt. Juliet Police Department; <br><br> and <br><br> REGGIE EDGE, JR. and CHARLES ACHINGER, in their individual capacities as officers of the Tennessee Highway Patrol, <br><br> *Defendants*. | Case No. 3:22-CV-721 <br><br> **Chief Judge Crenshaw** <br> **Magistrate Judge Newbern** <br><br> **JURY DEMAND** |

## DEFENDANT FABJAN LLUKAJ'S NOTICE OF APPEAL

Notice is hereby given that Defendant Fabjan Llukaj appeals to the United States Court of Appeals for the Sixth Circuit from the district court's Order entered on March 29, 2024 (DE 150), denying Llukaj's motion to dismiss asserting the qualified immunity defense. Defendant Llukaj takes this appeal pursuant to *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985), and leave of court under 28 U.S.C. 1292(b) is not required.

1

/s/ *Robert M. Burns*
Robert M. Burns, #15383
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
sburnett@howell-fisher.com
(615) 244-3370
*Attorneys for City of Mt. Juliet*
*and Fabjan Llukaj*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 5th day of April 2024. Notice of Defendant Llukaj's Notice of Appeal will be sent by operation of the Court's electronic filing system to:

David J. McKenzie
LAW OFFICE OF DAVID MCKENZIE
205 West Commerce Street
Lewisburg, TN 37091
david@davidmckenzielaw.com

Barbara G. Medley
MEDLEY & SPIVY
111 West Commerce Street, Suite 201
Lewisburg, TN 37091
bmedley@medleyandspivy.com
*Attorneys for Plaintiff*

Melissa Roberge
Michael R. Dohn
THE DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
melissa.roberge@nashville.gov
michael.dohn@nashville.gov
*Attorneys for Metro, Brian Murphy, Steven Carrick, Edin Plancic, Sean Williams, Justin Pinkelton, and James Kidd*

Meghan Murphy
Amanda Shanan Jordan
TENNESSEE ATTORNEY GENERAL'S OFFICE
Civil Law Division
P.O.Box 20207
Nashville, TN 37202
meghan.murphy@ag.tn.gov
amanda.jordan@ag.tn.gov
*Attorneys for Reggie Edge, Jr.*
*and Charles Achinger*

/s/ *Robert M. Burns*