| | |
|---|---|
| CHELESY EASTEP, | |
| Plaintiff, | Case No. 3:22-cv-00721 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Luke A. Evans |
| CITY OF NASHVILLE, TENNESSEE, et al., | |
| Defendants. | |

## ORDER

The Court administratively closed this case pending appeal and directed the parties to file a motion to return the case to the active docket once the appeal was resolved. (Doc. No. 167.) The parties should file the appropriate motion to reopen the case. The motion to set case management conference (Doc. No. 171) is denied without prejudice to refiling once the case has been returned to the active docket.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge